District Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TALAL SADAK
(Agency # 79-195-669),

                Petitioner,

    v.

ALBERTO R. GONZALES, et al.

                Respondents.

No. C06-0678 RSL

JOINT STIPULATION FOR VOLUNTARY DISMISSAL

### JOINT STIPULATION

COMES NOW, the parties by and through John McKay, United States Attorney for the Western District of Washington and Priscilla T. Chan, Assistant United States Attorney for said District, and Talal Sadak, pro se, and respectively stipulate to allow petitioner/plaintiff to voluntary dismiss his case, without claim of either party to attorney fees or costs.

//
//
//
//
//
//
//

JOINT STIPULATION FOR
VOLUNTARY DISMISSAL – 1
(C06-00678 RSL)

DATED this 11th day of August, 2006.

JOHN McKAY
United States Attorney

/s/Priscilla T. Chan
 PRISCILLA T. CHAN, WSBA #28533
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax:    206-553-4073
E-mail: priscilla.chan@usdoj.gov

Attorneys for Respondents/Defendants

/s/ Talal Sadak
TALAL SADAK, pro se
9929 - 184th Street East
Puyallup, Washington 98375
Phone: 253-606-8939
Email: stkabi@gmail.com

Petitioner/Plaintiff

**ORDER**

IT IS SO ORDERED.  The case is dismissed without prejudice.

DATED this 18th day of August, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

JOINT STIPULATION FOR
VOLUNTARY DISMISSAL – 2
(C06-00678 RSL)

United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970